**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAUL ANDERSON,

                **Plaintiff,**

-vs-                                        Case No.  6:06-cv-1274-Orl-18JGG

COMMISSIONER OF SOCIAL
SECURITY,

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR SUMMARY JUDGMENT (Doc. No. 15)** |
| **FILED:** | **September 28, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

*Pro se* plaintiff Paul Anderson moves for summary judgment pursuant to Fed. R. Civ. P. 56. Defendant has not entered a general appearance in the action and the certified administrative record has not been filed. Further, there is no return of service in the file or any other proof that the Court presently has personal jurisdiction over Defendant.

As the Court previously informed Anderson, judicial review of a final decision by the Commissioner of Social Security is limited to a review of the pleadings and the administrative record. 42 U.S.C. § 405(g). Docket No. 6. The Commissioner's findings of fact are conclusive if supported by substantial evidence. 42 U.S.C. § 405(g). The Court must scrutinize the entire record to determine

reasonableness of the Commissioner's factual findings.  *Lowery v. Sullivan*, 979 F.2d 835, 837 (11th Cir. 1992).

Although Anderson has filed an affidavit and certain medical records in support of his motion, the Court has not been presented with the entire record.  Among the notably absent records are the hearing transcript and the decision of the Administrative Law Judge.  Without a complete record, the Court cannot perform its mandated duties.  Anderson's motion for summary judgment, therefore, is denied.  The [16] request for oral argument on the summary judgment motion also is denied.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties