UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL ANDERSON,

    Plaintiff,

-vs-                                      Case No. 6:06-cv-1274-Orl-18JGG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This cause comes on for consideration before this Court upon the Report and Recommendation issued by Magistrate Judge James G. Glazebrook (Doc. 49, filed December 26, 2006), in response to which Plaintiff Paul Anderson ("Plaintiff") filed an Amended Objection. (Doc. 51, filed January 5, 2007.) The main subject dealt with in both documents was the failure of Plaintiff to comply with Local Rule 1.04, which requires parties to certify to the Court whether there are similar or successive cases that require consolidation with the instant case. (See Doc. 3, filed August 28, 2006.)

Plaintiff previously stated in his Motion for Clarification of Notice of Pendency of Other Actions (Doc. 6, filed August 30, 2006) that the instant action is his only federal case. The Court will take this at face value. However, Plaintiff has yet to inform this Court of any state actions that are related to the current federal action.

As a result, Plaintiff is ordered to advise this Court of any state actions that are related to the instant case. Failure to do so within ten (10) days will be grounds for dismissal. Plaintiff

is further advised to submit a more definite statement as requested by Defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant") in her motion filed on November 13, 2006 (Doc. 27), a motion which was granted on November 22, 2006. (Doc. 39.) Plaintiff also has ten (10) days to submit his more definite statement, failure of which will also be grounds for dismissal. Finally, upon Plaintiff's filing of a more definite statement, Defendant has ten (10) days to file an Answer to the Complaint. Again, failure to do so will be grounds for dismissal.

In light of the preceding paragraphs, the Court declines to adopt the Report and Recommendation (Doc. 49) at this time, but admonishes the Plaintiff that even though he may be a *pro se* litigant and is given leeway, he is still bound by the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on this ___11___ day of January, 2007.

                                                G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties